**Petition for Writ of Writ of Habeas Corpus Dismissed and Memorandum Opinion filed October 16, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00844-CR
### NO. 14-12-00845-CR
### NO. 14-12-00846-CR

### IN RE ROBERT RANDALL LONG, Relator

### ORIGINAL PROCEEDING
### WRIT OF HABEAS CORPUS
### 177th District Court
### Harris County, Texas
### Trial Court Cause Nos. 1216882, 1235282, and 1273161

## MEMORANDUM OPINION

On September 14, 2012, relator, Robert Randall Long, filed a petition for writ of habeas corpus. *See* Tex. Gov't Code Ann. § 22.221(d); Tex. R. App. P. 52.

We are unable to consider relator's petition for writ of habeas corpus because our authority to entertain petitions for writ of habeas corpus extends solely to civil cases. *See*

Tex. Gov't Code Ann. § 22.221(d). Therefore, we dismiss relator's petition for lack of jurisdiction.

PER CURIAM

Panel Consists of Justices Frost, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).